UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-cv-01399-PGB-DAB

JASMINE YEHUDA and
DEBRA BOUTHILLER,

    Plaintiff

  v.

PERFORMANT RECOVERY, INC.

    Defendant.
---------------------------------------------------------/

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice in its entirety without fees or costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this 6th day of May, 2015

| | |
|---|---|
| s/ *Jerald Belofsky* <br> Jerald A. Belofsky, Esq. <br> **FREDRICK SCHULMAN & ASSOCIATES** <br> 30 E 29th St., Ste. 204 <br> New York, NY 10016 <br> Phone: (212) 769-1100 <br> Email: info@fschulmanlaw.com <br> *Attorneys for Plaintiff* | */s/ Mary Grace Dyleski* <br> Mary Grace Dyleski <br> Florida Bar No.: 0143383 <br> dyleski@urbanthier.com <br> Urban, Thier & Federer, P.A. <br> 200 S. Orange Avenue, Suite 2000 <br> Orlando, FL 32801 <br> Phone: (407) 245-8352 <br> Fax: (407) 245-8361 <br> *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished on May 6, 2015, via electronic transmission to the following: Ernest H. Kohlmyer, III, Esquire of the law firm of Urban, Their & Federer, P.A. at Kohlmyer@urbanthier.com *(Attorneys for Defendant).*

          s/ *Jerald Belofsky*
          Jerald A. Belofsky, Esq.
          **FREDRICK SCHULMAN & ASSOCIATES**
          30 E 29th St., Ste. 204
          New York, NY 10016
          Phone: (212) 769-1100
          Email: info@fschulmanlaw.com
          *Attorneys for Plaintiff*